# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE ROWLAND, | 1:06-cv-1430 OWW DLB HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO PROVIDE STATUS REPORT REGARDING RELATED PROCEEDINGS IN CRIMINAL CASE 1:02-cr-5301 OWW |
| v. | |
| LEA ANN CHRONES, et.al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Katherine Louise Hart, Esq.

Petitioner filed the instant petition for writ of habeas corpus October 16, 2006. Petitioner states that he both a state and federal prisoner serving concurrent terms as a federal prison in case number CR-F-02-5301 (United States District Court, Eastern District of California) and as a state prisoner in Case No. CD 1655314 (San Diego Superior Court, Central Division). Petitioner contends that he is being unlawfully held in state custody, at North Kern State Prison, State of California, in violation of a plea agreement entered in the Eastern District of California in case CR-F-02-5301, which promised that Petitioner would serve his federal term in a federal prison before being transferred to a California prison facility to serve any remaining time on his concurrently imposed California prison commitment. Petitioner contends that his transfer to state custody violated his legal rights, because he never gave up the right to argue for less than the maximum twenty-year sentence with the understanding that he would first serve his custodial

time in a federal facility.

On the same date that Petitioner filed the instant petition, he also filed a motion to vacate and/or set aside the judgment under 28 U.S.C. § 2255.  (See CR-F-02-5301 OWW, Court Doc. 581.)  On November 17, 2006, the Government filed a response in opposition to Petitioner's motion.  (Id. at Court Doc. 595.)  Judge Wanger heard the motion on November 27, 2006, and the Court is deferring ruling on the motion until the exhaustion of state court remedies.  (Id. at Court Doc. 596.)

Because it appears that the instant petition is related to the motion filed in CR-F-02-5301 OWW, IT IS HEREBY ORDERED THAT within **twenty (20)** days from the date of service of this order, Petitioner shall provide a status report regarding the proceedings in that case and the impact it has upon this action.

IT IS SO ORDERED.

Dated:   **January 30, 2008**                    /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE