# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE ROWLAND,<br><br>          Petitioner,<br><br>     v.<br><br>LEA ANN CHRONES, et.al.,<br><br>          Respondent. | 1:06-cv-1430 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE FURTHER STATUS REPORT<br><br>[Doc. 7] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Katherine Louise Hart, Esq.

    On January 30, 2008, the Court issued an order directing Petitioner to provide a status report regarding the related proceedings in the criminal case, 1:02-cr-5301-OWW. (Court Doc. 6.) Petitioner filed a status report on February 18, 2008. (Court Doc. 7.)

    Petitioner's counsel indicates that further time is needed to consult with Petitioner in person to determine the course of further action. Petitioner requests until March 31, 2008, to file a more complete status report.

    GOOD CAUSE having been demonstrated, Petitioner's request for an extension of time is GRANTED, and a further status report shall be filed on or before March 31, 2008.

    IT IS SO ORDERED.

    Dated:   **March 13, 2008**          **/s/ Dennis L. Beck**
                                                                             UNITED STATES MAGISTRATE JUDGE