# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE ROWLAND,<br><br>                    Petitioner,<br><br>        v.<br><br>LEA ANN CHRONES, et.al.,<br><br>                    Respondent.<br>_____/ | 1:06-cv-1430 OWW DLB HC<br><br>ORDER GRANTING PETITIONER UNTIL JUNE 30, 2008, TO FILE FURTHER STATUS REPORT<br><br>[Doc. 9] |

      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Katherine Louise Hart, Esq.

      On January 30, 2008, the Court issued an order directing Petitioner to provide a status report regarding the related proceedings in the criminal case, 1:02-cr-5301-OWW.  (Court Doc. 6.)  Petitioner filed a status report on February 18,2 008.  (Court Doc. 7.)  Counsel indicated that further time was needed to consult with Petitioner in order to determine the course of further action.  On March 13, 2008, the Court granted Petitioner until March 31, 2008, to file a further status report.  (Court Doc. 8.)

      Petitioner filed a status report on March 31, 2008.  (Court Doc. 9.)  Counsel indicates that as of the date of filing, "Petitioner requested that counsel seek an amendment to the judgment, if necessary, to reflect that the federal time is to be served concurrently with the state time." (Id. at 3.)  Counsel requests until June 30, 2008, to report back to the court on her efforts to transfer Petitioner to federal custody.  (Id.)

1

1  GOOD CAUSE having been demonstrated, Petitioner's request for an extension of time
2  is GRANTED, and a further status report shall be filed on or before June 30, 2008.

5  IT IS SO ORDERED.
6  Dated:   **April 17, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2