# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE ROWLAND, | 1:06-cv-1430 OWW DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S THIRD REQUEST FOR AN EXTENSION OF TIME TO FILE STATUS REPORT |
| v. | |
| | [Doc. 12] |
| LEA ANN CHRONES, et.al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Katherine Louise Hart, Esq.

Now pending before the Court is Petitioner's third request for an extension of time to file a further status report. (Court Doc. 12.) Good cause having been demonstrated, Petitioner's request is GRANTED, and the status report shall be filed on or before August 15, 2008.

IT IS SO ORDERED.

Dated:  July 2, 2008                    /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1