# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE ROWLAND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LEA ANN CHRONES, et.al.,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-1430 OWW DLB HC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF PETITION<br><br>[Doc. 1] |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Katherine Louise Hart, Esq. This action has been referred to the undersigned pursuant to Local Rule 81-190(d).

　　　　Petitioner filed the instant petition on October 16, 2006. Petitioner contends that he is being held in violation of the plea agreement in 1:02-cr-5301-OWW because he believed he would serve his federal custody before being transferred back to the State of California.

　　　　On January 30, 2008, the Court directed Respondent to provide a status report regarding the related proceedings in criminal case 1:02-cr-5301-OWW. (Court Doc. 6.) After receiving an extension of time, Petitioner filed a status report on March 31, 2008. (Court Doc. 9.) On April 17, 2008, the Court granted until June 30, 2008, to file a further status report. (Court Doc. 10.) After obtaining an extension of time, Petitioner filed a further status report on September 8, 2008. (Court Doc. 16.)

　　　　In the status report, Petitioner indicates that subsequent to the plea in the underlying

criminal case it was discovered that, despite the government's recommendation that Petitioner serve his federal time prior to state time, the federal court did not have such authority because he was prosecuted and convicted in the state court first.  Petitioner submits that with the aid of counsel, he is attempting to seek relief by an administrative transfer, via CDC Form 802, through the procedures of the California Department of Corrections and Rehabilitation ("CDCR").[1] (Status Report, Court Doc. 16, at 2-4.)   Because Petitioner is presenting seeking relief through the administrative remedies of CDCR, rather than the withdrawal of his federal plea, the instant petition shall be DISMISSED.

Accordingly, it is HEREBY RECOMMENDED that the instant petition for writ of habeas corpus be DISMISSED.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fifteen (15) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **November 19, 2008**                    /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] See Cal. Code Regs. tit. 15, § 3379 (2008).